UNITED STATES of America,
Plaintiff-Appellee,

v.

Ronnie Gerald BELT, Defendant-
Appellant.

No. 16-7546

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2017

Decided: April 4, 2017

Ronnie Gerald Belt, Appellant Pro Se.
Stephen Donald Warner, Assistant United
States Attorney, Elkins, West Virginia, for
Appellee.

Before TRAXLER and WYNN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ronnie Gerald Belt seeks to appeal the
district court's order accepting the recom-
mendation of the magistrate judge and
denying relief on Belt's 28 U.S.C. § 2255
(2012) motion and the district court's order
denying his Fed. R. Civ. P. 59(e) motion to
alter or amend the judgment. The orders
are not appealable unless a circuit justice
or judge issues a certificate of appealabili-
ty. 28 U.S.C. § 2253(c)(1)(B) (2012). A cer-
tificate of appealability will not issue ab-
sent "a substantial showing of the denial of
a constitutional right." 28 U.S.C.

§ 2253(c)(2) (2012). When the district court
denies relief on the merits, a prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that the dis-
trict court's assessment of the constitution-
al claims is debatable or wrong. *Slack v.
McDaniel*, 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller-El
v. Cockrell*, 537 U.S. 322, 336-38, 123 S.Ct.
1029, 154 L.Ed.2d 931 (2003). When the
district court denies relief on procedural
grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the motion states a
debatable claim of the denial of a constitu-
tional right. *Slack*, 529 U.S. at 484-85, 120
S.Ct. 1595.

We have independently reviewed the
record and conclude that Belt has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED*